UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROMONDE HENRY                                   CIVIL ACTION

versus                                          NO. 12-2083

ORLEANS PARISH                                  SECTION: "N" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Romonde Henry** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 7th day of January, 2013.

UNITED STATES DISTRICT JUDGE