UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMONDE HENRY | CIVIL ACTION |
| versus | NO. 12-2083 |
| ORLEANS PARISH | SECTION: "N" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Romonde Henry** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE